**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Oscar Manuel Matos,<br><br>Petitioner<br>v.<br><br>John Mattos, et al.,<br><br>Respondents | Case No. 2:26-cv-02045-JAD-BNW<br>Case No. 2:26-cv-02061-JAD-NJK<br><br>**Order Dismissing Cases as Duplicative** |

Petitioner Oscar Manuel Matos, an immigration detainee who is challenging the lawfulness of his federal detention at the Nevada Southern Detention Center, has filed two petitions for federal habeas corpus relief under 28 U.S.C. § 2241, creating two new civil cases.[1] But Matos has already been granted habeas relief in the form of an individualized bond hearing in *Matos v. Bondi*, 2:26-cv-00910-ART-DJA.[2] So I appointed the Federal Public Defender and ordered Matos to show cause why his new petitions should not be dismissed as duplicative of his earlier filed petition.[3] Matos filed a response in one of the cases and agreed that it is duplicative and should be dismissed.[4] Matos didn't file a response in the other case, but the same reasoning applies to both cases.

[1] *See* Case No. 2:26-cv-02045-JAD-BNW; Case No. 2:26-cv-02061-JAD-NJK.

[2] *See* ECF No. 23 in *Matos v. Bondi*, Case No. 2:26-cv-00910-ART-DJA.

[3] ECF No. 3 in Case No. 2:26-cv-02045-JAD-BNW; ECF No. 3 in Case No. 2:26-cv-02061-JAD-NJK.

[4] ECF No. 5 in Case No. 2:26-cv-02061-JAD-NJK.

IT IS THEREFORE ORDERED that the petitions in Case Nos. 2:26-cv-02045-JAD-BNW and 2:26-cv-02061-JAD-NJK are **DISMISSED as duplicative. The Clerk of Court is directed to CLOSE both cases.**

U.S. District Judge Jennifer A. Dorsey
August 14, 2026